Certificate Number: 15317-NJ-DE-038398964

Bankruptcy Case Number: 24-13442



15317-NJ-DE-038398964

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on April 20, 2024, at 3:07 o'clock PM PDT, Theodore R Patterson completed a course on personal financial management given by internet by Access Counseling, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of New Jersey.

Date:   April 20, 2024                    By:     /s/Kaycee Cadano

                                          Name:   Kaycee Cadano

                                          Title:  Credit Counselor