Certificate Number: 15317-NJ-DE-038398965

Bankruptcy Case Number: 24-13442



15317-NJ-DE-038398965

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>April 20, 2024,</u> at <u>3:07</u> o'clock <u>PM PDT</u>, <u>Roseann Patterson</u> completed a course on personal financial management given <u>by internet</u> by <u>Access Counseling, Inc.</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>District of New Jersey</u>.

Date: <u>April 20, 2024</u>

By: <u>/s/Kaycee Cadano</u>

Name: <u>Kaycee Cadano</u>

Title: <u>Credit Counselor</u>