Order Filed on June 21, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| FRENKEL LAMBERT WEISS WEISMAN & GORDON, LLP<br>80 Main Street, Suite 460<br>West Orange, NJ 07052<br>973- 325-8800<br>File No.: 03-021897-B00<br>Douglas McDonough, Esq.<br>Attorney ID: DM0973<br>DMcDonough@flwlaw.com<br>Attorney for loanDepot.com, LLC, Secured Creditor | |
| In Re:<br><br>**Theodore R. Patterson, Jr. and Roseann Patterson**<br><br>Debtor(s). | Case No.: **24-13442-CMG**<br><br>Chapter 13<br><br>Judge Christine M. Gravelle |

**ORDER RESOLVING SECURED CREDITOR'S OBJECTION**
**TO CHAPTER 13 PLAN**

The relief set forth on the following page, numbered two (2) is hereby **ORDERED**

**DATED: June 21, 2024**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

(Page 2 of 2)

Debtor: Theodore R. Patterson, Jr. and Roseann Patterson
Case No.: 24-13442-CMG
Caption of Order: Order Resolving Secured Creditor's Objection to Chapter 13 Plan

---

This matter having been brought before the Court by Theodore R. Patterson, Jr. and Roseann Patterson (the "Debtor(s)") by and through counsel, Hoffman & Hoffman, with the filing of a proposed Chapter 13 Plan, and an objection to confirmation of the Plan having been filed by loanDepot.com, LLC (the "Secured Creditor"), who holds a mortgage on the real property located at 145 Ramsey Ave, Keansburg, NJ 07734 (the "Subject Property"), and this Court having considered the submissions of the parties and the parties having addressed the objection, and for good cause having been shown; it is ORDERED

1. That Secured Creditor's objection to confirmation is hereby overruled subject to the following conditions.

2. That the arrearage claims of Secured Creditor, as reflected in Secured Creditor's filed Proof of Claim, shall be paid in full through any confirmed Plan.

3. That should the Debtor(s) file a Modified Plan in the future, this Order shall apply to any confirmed Modified Plan.

4. That Secured Creditor retains the right to object to any proposed Modified plan.

5. That Debtor(s) shall make all post-petition payments in accordance with the terms of the Note, Mortgage, and any Notice of Mortgage Payment Change or Loan Modification agreed to between the Secured Creditor and the Debtor(s).

6. That Debtor(s) retain(s) the right to object to Secured Creditor's Proof of Claim and any Notice of Mortgage Payment Change.