**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| FRENKEL LAMBERT WEISS WEISMAN & GORDON, LLP<br>80 Main Street, Suite 460<br>West Orange, NJ 07052<br>973- 325-8800<br>File No.: 03-021897-B00<br>Douglas McDonough, Esq.<br>Attorney ID: DM0973<br>DMcDonough@flwlaw.com<br>Attorney for loanDepot.com, LLC, Secured Creditor | Order Filed on June 21, 2024<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey<br><br>Case No.: **24-13442-CMG**<br><br>Chapter 13<br><br>Judge Christine M. Gravelle |
| In Re:<br><br>**Theodore R. Patterson, Jr. and Roseann Patterson**<br><br>Debtor(s). | |

### ORDER RESOLVING SECURED CREDITOR'S OBJECTION
### TO CHAPTER 13 PLAN

The relief set forth on the following page, numbered two (2) is hereby **ORDERED**

**DATED: June 21, 2024**

*Honorable Christine M. Gravelle*
*United States Bankruptcy Judge*

(Page 2 of 2)

Debtor: Theodore R. Patterson, Jr. and Roseann Patterson
Case No.: 24-13442-CMG
Caption of Order: Order Resolving Secured Creditor's Objection to Chapter 13 Plan

---

This matter having been brought before the Court by Theodore R. Patterson, Jr. and Roseann Patterson (the "Debtor(s)") by and through counsel, Hoffman & Hoffman, with the filing of a proposed Chapter 13 Plan, and an objection to confirmation of the Plan having been filed by loanDepot.com, LLC (the "Secured Creditor"), who holds a mortgage on the real property located at 145 Ramsey Ave, Keansburg, NJ 07734 (the "Subject Property"), and this Court having considered the submissions of the parties and the parties having addressed the objection, and for good cause having been shown; it is ORDERED

1. That Secured Creditor's objection to confirmation is hereby overruled subject to the following conditions.

2. That the arrearage claims of Secured Creditor, as reflected in Secured Creditor's filed Proof of Claim, shall be paid in full through any confirmed Plan.

3. That should the Debtor(s) file a Modified Plan in the future, this Order shall apply to any confirmed Modified Plan.

4. That Secured Creditor retains the right to object to any proposed Modified plan.

5. That Debtor(s) shall make all post-petition payments in accordance with the terms of the Note, Mortgage, and any Notice of Mortgage Payment Change or Loan Modification agreed to between the Secured Creditor and the Debtor(s).

6. That Debtor(s) retain(s) the right to object to Secured Creditor's Proof of Claim and any Notice of Mortgage Payment Change.

United States Bankruptcy Court
District of New Jersey

In re:  Case No. 24-13442-CMG
Theodore R. Patterson, Jr.  Chapter 13
Roseann Patterson
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 2
Date Rcvd: Jun 21, 2024      Form ID: pdf903      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol**      **Definition**
+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 23, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Theodore R. Patterson, Jr., Roseann Patterson, 145 Ramsey Avenue, Keansburg, NJ 07734-1559 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 23, 2024      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 21, 2024 at the address(es) listed below:

**Name**      **Email Address**

Albert Russo
     docs@russotrustee.com

Brian L. Hoffman
     on behalf of Joint Debtor Roseann Patterson brian@hoffman-hoffman.net
     info@hoffman-hoffman.net;hoffmangr91280@notify.bestcase.com

Brian L. Hoffman
     on behalf of Debtor Theodore R. Patterson  Jr. brian@hoffman-hoffman.net,
     info@hoffman-hoffman.net;hoffmangr91280@notify.bestcase.com

Denise E. Carlon
     on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Douglas J. McDonough
     on behalf of Creditor loanDepot.com  LLC dmcdonough@flwlaw.com

| District/off: 0312-3 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jun 21, 2024 | Form ID: pdf903 | Total Noticed: 1 |

U.S. Trustee
                USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 6