# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF NEW JERSEY

## Trustee's Proposed Distribution Report

### Chapter 13 Case # 24-13442 / CMG

**ATTORNEYS AND CREDITORS:**

**UNSECURED CREDITORS:**

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF NEW JERSEY

## Trustee's Proposed Distribution Report

### Chapter 13 Case # 24-13442 / CMG

[illegible]

**CLAIMS AND DISTRIBUTIONS**

[illegible]

**DIST. PRIORITY** [illegible]

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF NEW JERSEY

## Trustee's Proposed Distribution Report

### Chapter 13 Case # 24-13442 / CMG

DIST. PRIORITY

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF NEW JERSEY

## Trustee's Proposed Distribution Report

### Chapter 13 Case # 24-13442 / CMG

CASE SUMMARY

DIST. PRIORITY