Form plncf13 − ntccnfpln13v27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 24−13442−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Theodore R. Patterson Jr.<br>145 Ramsey Avenue<br>Keansburg, NJ 07734 | Roseann Patterson<br>145 Ramsey Avenue<br>Keansburg, NJ 07734 |

Social Security No.:
xxx−xx−7859                                  xxx−xx−0543

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on July 10, 2024.

Dated: July 10, 2024
JAN: rms

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:     Case No. 24-13442-CMG

Theodore R. Patterson, Jr.     Chapter 13

Roseann Patterson

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 4

Date Rcvd: Jul 10, 2024     Form ID: plncf13     Total Noticed: 61

The following symbols are used throughout this certificate:

**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 12, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Theodore R. Patterson, Jr., Roseann Patterson, 145 Ramsey Avenue, Keansburg, NJ 07734-1559 |
| 520214224 | | Comenity - Bed Bath & Beyond Mastercard, PO Box 650113, Dallas, TX 75265-0113 |
| 520214226 | | Comenity - Burlington Coat Factory, P.O. Box 183003, Columbus, OH 43218-3003 |
| 520214228 | | Comenity - Woman Within, PO Box 650972, Dallas, TX 75265-0972 |
| 520214233 | | ExxonMobil, PO Box 70605, Philadelphia, PA 19176-0605 |
| 520214234 | + | Harbor Freight/Syncb, PO Box 70710, Philadelphia, PA 19176-0710 |
| 520214242 | | Lakewview Loan Servicing, PO Box 660263, Dallas, TX 75266-0263 |
| 520214252 | | Shell, PO Box 70606, Philadelphia, PA 19176-0606 |
| 520214253 | | Shop Your Way Mastercard, PO Box 70610, Philadelphia, PA 19176-0610 |
| 520214254 | | Spirit Mastercard, PO Box 70168, Philadelphia, PA 19176-0168 |
| 520214243 | + | loanDepot, PO Box5710, Chicago, IL 60680-5641 |
| 520233590 | + | loanDepot.com, LLC c/o, Frenkel Lambert et al, 53 Gibson St, Bay Shore, NY 11706-8369 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jul 10 2024 20:52:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jul 10 2024 20:52:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520214207 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Jul 10 2024 20:56:59 | Affirm Inc, 650 California St., FL 12, San Francisco, CA 94108-2716 |
| 520214213 | + | Email/Text: ally@ebn.phinsolutions.com | Jul 10 2024 20:50:00 | Ally, PO Box 78234, Phoenix, AZ 85062-8234 |
| 520218195 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jul 10 2024 20:57:20 | Ally Capital, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520241261 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jul 10 2024 21:08:53 | Ally Capital c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520214215 | | Email/Text: creditcardbkcorrespondence@bofa.com | Jul 10 2024 20:50:00 | Bank of America, PO Box 15019, Wilmington, DE 19886 |
| 520296501 | | Email/Text: creditcardbkcorrespondence@bofa.com | Jul 10 2024 20:50:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 520214216 | + | Email/Text: BarclaysBankDelaware@tsico.com | Jul 10 2024 20:52:00 | Barclay Card, PO Box 13337, Philadelphia, PA 19101-3337 |
| 520214217 | | Email/Text: BarclaysBankDelaware@tsico.com | Jul 10 2024 20:52:00 | Barclays, PO Box 13337, Philadelphia, PA 19101-3337 |

| | | | | |
|---|---|---|---|---|
| 520214218 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 10 2024 21:08:57 | Capital One, P.O. Box 4069, Carol Stream, IL 60197-4069 |
| 520214219 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 10 2024 20:57:28 | Capital One, PO Box 6492, Carol Stream, IL 60197-6492 |
| 520251777 | + | Email/PDF: ebn_ais@aisinfo.com | Jul 10 2024 21:08:05 | Capital One, N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520294282 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 10 2024 20:57:20 | Citibank N.A., Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 520214225 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 10 2024 20:52:00 | Comenity - Big Lots, P.O. Box 183003, Columbus, OH 43218-3003 |
| 520214229 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 10 2024 20:52:00 | Comenity Bank - Boscovs, PO Box 659622, San Antonio, TX 78265 |
| 520214230 | | Email/Text: bankruptcy@commercebank.com | Jul 10 2024 20:52:00 | Commerce Bank, PO Box 801042, Kansas City, MO 64180-1042 |
| 520214231 | | Email/PDF: ais.sync.ebn@aisinfo.com | Jul 10 2024 20:56:48 | Ebay Mastercard/Syncb, PO Box 669814, Dallas, TX 75266-0763 |
| 520296590 | + | Email/Text: cashiering-administrationservices@flagstar.com | Jul 10 2024 20:52:00 | Flagstar Bank, N.A., 5151 Corporate Drive, Troy, MI 48098-2639 |
| 520214239 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 10 2024 20:56:56 | Home Depot Credit Services, PO Box 9001010, Louisville, KY 40290-1010 |
| 520214235 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 10 2024 21:08:18 | Home Depot Credit Services, PO Box 70600, Philadelphia, PA 19176-0600 |
| 520268395 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jul 10 2024 20:52:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 520214223 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jul 10 2024 21:09:30 | Chase Auto Finance, PO Box 78232, Phoenix, AZ 85062 |
| 520214241 | + | Email/Text: PBNCNotifications@peritusservices.com | Jul 10 2024 20:51:00 | Kohl's Payment Center, PO Box 1456, Charlotte, NC 28201-1456 |
| 520267152 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 10 2024 20:56:59 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520214244 | | Email/PDF: ais.sync.ebn@aisinfo.com | Jul 10 2024 21:09:08 | Lowes/Synchrony Bank, PO Box 669807, Dallas, TX 75266-0759 |
| 520214245 | ^ | MEBN | Jul 10 2024 20:48:55 | Macy's American Express Account, PO Box 71361, Philadelphia, PA 19176-1361 |
| 520214246 | | Email/Text: bankruptcy@sccompanies.com | Jul 10 2024 20:53:00 | Montgomery Ward, 1112 7th Avenue, Monroe, WI 53566-1364 |
| 520288279 | | Email/Text: bkrgeneric@penfed.org | Jul 10 2024 20:50:00 | Pentagon Federal Credit Union, PO Box 1432, Alexandria, VA 22313-2032 |
| 520294351 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 10 2024 20:57:28 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 520214247 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jul 10 2024 21:08:25 | Paypal Credit, PO Box 105658, Atlanta, GA 30348-5658 |
| 520214248 | | Email/PDF: ais.sync.ebn@aisinfo.com | Jul 10 2024 21:08:28 | Paypal Credit Services/Syncb, PO Box 71718, Philadelphia, PA 19176-1718 |
| 520214251 | | Email/Text: bkrgeneric@penfed.org | Jul 10 2024 20:50:00 | PenFed Credit Union, PO Box 247080, Omaha, NE 68124-7080 |
| 520290351 | | Email/Text: bnc-quantum@quantum3group.com | Jul 10 2024 20:52:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 520290349 | | Email/Text: bnc-quantum@quantum3group.com | Jul 10 2024 20:52:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA |

Case 24-13442-CMG   Doc 26   Filed 07/12/24   Entered 07/13/24 00:20:22   Desc Imaged
                          Certificate of Notice   Page 4 of 5

| District/off: 0312-3 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jul 10, 2024 | Form ID: plncf13 | Total Noticed: 61 |

| Recip ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | | 98083-0788 |
| 520294012 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 10 2024 20:57:30 | Resurgent Receivables, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520214255 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 10 2024 20:57:16 | Staples Credit Plan, PO Box 70602, Philadelphia, PA 19176-0602 |
| 520214259 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jul 10 2024 20:57:25 | Synchrony Bank, PO Box 960061, Orlando, FL 32896-0061 |
| 520214256 | | Email/PDF: ais.sync.ebn@aisinfo.com | Jul 10 2024 20:57:25 | Synchrony Bank, PO Box 71715, Philadelphia, PA 19176-1715 |
| 520214261 | | Email/PDF: ais.sync.ebn@aisinfo.com | Jul 10 2024 21:08:10 | Synchrony Bank/Amazon, PO Box 71711, Philadelphia, PA 19176-1711 |
| 520214263 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jul 10 2024 20:57:05 | Synchrony Bank/Verizon, PO Box 669808, Dallas, TX 75266-0752 |
| 520214264 | | Email/PDF: ais.sync.ebn@aisinfo.com | Jul 10 2024 21:08:55 | Synchrony MC/Syncb, PO Box 669814, Dallas, TX 75266-0763 |
| 520214265 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 10 2024 20:57:33 | Tractor Supply Credit Plan, PO Box 70602, Philadelphia, PA 19176-0602 |
| 520214266 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 10 2024 20:57:16 | Wawa CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 520214267 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 10 2024 20:57:27 | Wayfair Mastercard, PO Box 70267, Philadelphia, PA 19176-0267 |
| 520214268 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Jul 10 2024 20:57:32 | Wells Fargo, PO Box 77053, Minneapolis, MN 55480-7753 |
| 520214271 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Jul 10 2024 20:57:04 | Wells Fargo Bank N.A., PO Box 71118, Charlotte, NC 28272-1118 |
| 520255219 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Jul 10 2024 20:57:18 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 520257384 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Jul 10 2024 20:57:25 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 49

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520214214 | | Apple Card |
| 520214212 | *+ | Affirm Inc, 650 California St., FL 12, San Francisco, CA 94108-2716 |
| 520214208 | *+ | Affirm Inc, 650 California St., FL 12, San Francisco, CA 94108-2716 |
| 520214209 | *+ | Affirm Inc, 650 California St., FL 12, San Francisco, CA 94108-2716 |
| 520214210 | *+ | Affirm Inc, 650 California St., FL 12, San Francisco, CA 94108-2716 |
| 520214211 | *+ | Affirm Inc, 650 California St., FL 12, San Francisco, CA 94108-2716 |
| 520214220 | *+ | Capital One, PO Box 6492, Carol Stream, IL 60197-6492 |
| 520214221 | *+ | Capital One, PO Box 6492, Carol Stream, IL 60197-6492 |
| 520214222 | *+ | Capital One, PO Box 6492, Carol Stream, IL 60197-6492 |
| 520214227 | * | Comenity - Burlington Coat Factory, P.O. Box 183003, Columbus, OH 43218-3003 |
| 520214232 | * | Ebay Mastercard/Syncb, PO Box 669814, Dallas, TX 75266-0763 |
| 520214240 | *+ | Home Depot Credit Services, PO Box 9001010, Louisville, KY 40290-1010 |
| 520214236 | * | Home Depot Credit Services, PO Box 70600, Philadelphia, PA 19176-0600 |
| 520214237 | * | Home Depot Credit Services, PO Box 70600, Philadelphia, PA 19176-0600 |
| 520214238 | * | Home Depot Credit Services, PO Box 70600, Philadelphia, PA 19176-0600 |
| 520214249 | * | Paypal Credit Services/Syncb, PO Box 71718, Philadelphia, PA 19176-1718 |
| 520214250 | * | Paypal Credit Services/Syncb, PO Box 71718, Philadelphia, PA 19176-1718 |

| | | |
|---|---|---|
| 520294013 | * | Resurgent Receivables, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520214260 | *+ | Synchrony Bank, PO Box 960061, Orlando, FL 32896-0061 |
| 520214257 | * | Synchrony Bank, PO Box 71715, Philadelphia, PA 19176-1715 |
| 520214258 | * | Synchrony Bank, PO Box 71715, Philadelphia, PA 19176-1715 |
| 520214262 | * | Synchrony Bank/Amazon, PO Box 71711, Philadelphia, PA 19176-1711 |
| 520214269 | *+ | Wells Fargo, PO Box 77053, Minneapolis, MN 55480-7753 |
| 520214270 | * | Wells Fargo, PO Box 77053, Minneapolis, MN 55480-7753 |
| 520255220 | * | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 520255681 | * | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 1 Undeliverable, 25 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 12, 2024         Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 10, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Brian L. Hoffman | on behalf of Joint Debtor Roseann Patterson brian@hoffman-hoffman.net info@hoffman-hoffman.net;hoffmangr91280@notify.bestcase.com |
| Brian L. Hoffman | on behalf of Debtor Theodore R. Patterson  Jr. brian@hoffman-hoffman.net, info@hoffman-hoffman.net;hoffmangr91280@notify.bestcase.com |
| Denise E. Carlon | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Douglas J. McDonough | on behalf of Creditor loanDepot.com  LLC dmcdonough@flwlaw.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 6