| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2024 to 12/31/2024
**Chapter 13 Case No. 24-13442 / CMG**

Theodore R. Patterson, Jr.
Roseann Patterson

Petition Filed Date: 04/03/2024
341 Hearing Date: 05/02/2024
Confirmation Date: 07/03/2024

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 05/13/2024 | $1,828.00 | | 06/10/2024 | $1,828.00 | | 07/15/2024 | $1,828.00 | |
| 08/12/2024 | $2,137.00 | | 09/23/2024 | $2,137.00 | | 10/22/2024 | $2,137.00 | |
| 11/25/2024 | $2,137.00 | | 12/23/2024 | $2,137.00 | | | | |

**Total Receipts for the Period: $16,169.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $16,169.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Theodore R. Patterson, Jr. | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Brian L. Hoffman, Esq.<br>»» AMENDED DISCLOSURE 4/4/24 | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 1 | LOANDEPOT.COM LLC<br>»» P/145 RAMSEY AVE/2ND MTG/ORDER 6/21/24 | Mortgage Arrears | $1,509.54 | $1,509.54 | $0.00 |
| 2 | ALLY CAPITAL<br>»» 2014 NISSAN VERA | Debt Secured by Vehicle | $38.59 | $38.59 | $0.00 |
| 3 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $3,808.15 | $332.57 | $3,475.58 |
| 4 | CAPITAL ONE BANK (USA), N.A.<br>»» SYNCHRONY BANK | Unsecured Creditors | $3,544.33 | $309.54 | $3,234.79 |
| 5 | CAPITAL ONE BANK (USA), N.A.<br>»» SYNCHRONY BANK | Unsecured Creditors | $5,078.27 | $443.50 | $4,634.77 |
| 6 | CAPITAL ONE BANK (USA), N.A.<br>»» SYNCHRONY BANK | Unsecured Creditors | $3,231.84 | $282.24 | $2,949.60 |
| 7 | WELLS FARGO BANK, NA | Unsecured Creditors | $8,710.80 | $760.74 | $7,950.06 |
| 8 | WELLS FARGO BANK, NA | Unsecured Creditors | $4,206.43 | $367.36 | $3,839.07 |
| 9 | WELLS FARGO BANK, NA | Unsecured Creditors | $2,341.42 | $204.48 | $2,136.94 |
| 10 | Wells Fargo Bank, NA | Unsecured Creditors | $1,112.72 | $97.18 | $1,015.54 |
| 11 | LVNV FUNDING LLC<br>»» RESURGENT ACQUISITIONS LLC | Unsecured Creditors | $1,542.77 | $134.73 | $1,408.04 |
| 12 | JEFFERSON CAPITAL SYSTEMS, LLC<br>»» MEINEKE | Unsecured Creditors | $275.56 | $15.96 | $259.60 |
| 13 | -- | | $0.00 | $0.00 | $0.00 |
| 14 | JEFFERSON CAPITAL SYSTEMS, LLC<br>»» AAMCO SYCC | Unsecured Creditors | $4,286.92 | $374.38 | $3,912.54 |
| 15 | JEFFERSON CAPITAL SYSTEMS, LLC<br>»» MEINEKE | Unsecured Creditors | $1,980.13 | $172.93 | $1,807.20 |

Chapter 13 Case No. 24-13442 / CMG

| | | | | | |
|---|---|---|---|---|---|
| 16 | JEFFERSON CAPITAL SYSTEMS, LLC<br>»»  AAMACO SYCC | Unsecured Creditors | $4,822.39 | $421.15 | $4,401.24 |
| 17 | LVNV FUNDING LLC<br>»»  RESURGENT ACQUISITIONS LLC | Unsecured Creditors | $6,560.40 | $572.93 | $5,987.47 |
| 18 | LVNV FUNDING LLC<br>»»  RESURGENT ACQUISITIONS LLC | Unsecured Creditors | $5,023.27 | $438.69 | $4,584.58 |
| 19 | LVNV FUNDING LLC<br>»»  RESURGENT ACQUISITIONS LLC | Unsecured Creditors | $4,850.07 | $423.57 | $4,426.50 |
| 20 | LVNV FUNDING LLC<br>»»  RESURGENT ACQUISITIONS LLC | Unsecured Creditors | $1,628.28 | $142.20 | $1,486.08 |
| 21 | LVNV FUNDING LLC<br>»»  RESURGENT ACQUISITIONS LLC | Unsecured Creditors | $2,004.32 | $175.04 | $1,829.28 |
| 22 | LVNV FUNDING LLC | Unsecured Creditors | $2,018.18 | $176.25 | $1,841.93 |
| 23 | LVNV FUNDING LLC<br>»»  RESURGENT ACQUISITIONS LLC | Unsecured Creditors | $5,280.51 | $461.16 | $4,819.35 |
| 24 | LVNV FUNDING LLC<br>»»  RESURGENT ACQUISITIONS LLC | Unsecured Creditors | $6,263.75 | $547.03 | $5,716.72 |
| 25 | LVNV FUNDING LLC<br>»»  RESURGENT ACQUISITIONS LLC | Unsecured Creditors | $4,758.40 | $415.57 | $4,342.83 |
| 26 | LVNV FUNDING LLC<br>»»  RESURGENT ACQUISITIONS LLC | Unsecured Creditors | $2,341.10 | $204.45 | $2,136.65 |
| 27 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»»  PENTAGON | Unsecured Creditors | $3,641.15 | $317.99 | $3,323.16 |
| 28 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»»  BURLINGTON CREDIT CARD | Unsecured Creditors | $232.29 | $16.87 | $215.42 |
| 29 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»»  BOSCOV'S | Unsecured Creditors | $501.84 | $29.07 | $472.77 |
| 30 | QUANTUM3 GROUP LLC AS AGENT<br>»»  WOMAN WITHIN | Unsecured Creditors | $387.05 | $22.42 | $364.63 |
| 31 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»»  BED BATH & BEYOND | Unsecured Creditors | $3,267.92 | $285.39 | $2,982.53 |
| 32 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»»  BIG LOTS | Unsecured Creditors | $233.32 | $16.95 | $216.37 |
| 33 | RESURGENT RECEIVABLES, LLC<br>»»  RESURGENT ACQUISITIONS LLC | Unsecured Creditors | $8,183.53 | $714.68 | $7,468.85 |
| 34 | RESURGENT RECEIVABLES, LLC<br>»»  RESURGENT ACQUISITIONS LLC | Unsecured Creditors | $2,829.90 | $247.14 | $2,582.76 |
| 35 | RESURGENT RECEIVABLES, LLC<br>»»  RESURGENT ACQUISITIONS LLC | Unsecured Creditors | $4,834.14 | $422.18 | $4,411.96 |
| 36 | RESURGENT RECEIVABLES, LLC<br>»»  RESURGENT ACQUISITIONS LLC | Unsecured Creditors | $5,060.20 | $441.92 | $4,618.28 |
| 37 | RESURGENT RECEIVABLES, LLC<br>»»  RESURGENT ACQUISITIONS LLC | Unsecured Creditors | $2,021.77 | $176.56 | $1,845.21 |
| 38 | RESURGENT RECEIVABLES, LLC<br>»»  RESURGENT ACQUISITIONS LLC | Unsecured Creditors | $520.42 | $45.45 | $474.97 |
| 39 | RESURGENT RECEIVABLES, LLC<br>»»  RESURGENT ACQUISITIONS LLC | Unsecured Creditors | $378.20 | $21.91 | $356.29 |
| 40 | RESURGENT RECEIVABLES, LLC<br>»»  RESURGENT ACQUISITIONS LLC | Unsecured Creditors | $574.84 | $50.20 | $524.64 |
| 41 | RESURGENT RECEIVABLES, LLC<br>»»  RESURGENT ACQUISITIONS LLC | Unsecured Creditors | $534.45 | $46.68 | $487.77 |
| 42 | RESURGENT RECEIVABLES, LLC<br>»»  RESURGENT ACQUISITIONS LLC | Unsecured Creditors | $175.18 | $15.30 | $159.88 |
| 43 | RESURGENT RECEIVABLES, LLC<br>»»  RESURGENT ACQUISITIONS LLC | Unsecured Creditors | $2,685.15 | $234.50 | $2,450.65 |
| 44 | CITIBANK, N.A.<br>»»  MACY'S AMERICAN EXPRESS CARD | Unsecured Creditors | $3,685.15 | $321.84 | $3,363.31 |
| 45 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  CABELAS | Unsecured Creditors | $1,921.03 | $167.77 | $1,753.26 |

Chapter 13 Case No. 24-13442 / CMG

| | | | | | |
|---|---|---|---|---|---|
| 46 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  BARCLAYS BANK DELAWARE | Unsecured Creditors | $1,848.75 | $161.45 | $1,687.30 |
| 47 | BANK OF AMERICA | Unsecured Creditors | $3,840.31 | $335.39 | $3,504.92 |
| 48 | LAKEVIEW LOAN SERVICING LLC<br>»»  NP/141 8TH ST/1ST MTG | Mortgage Arrears | $63.95 | $63.95 | $0.00 |

### SUMMARY

Summary of all receipts and disbursements from date filed through 1/23/2025:

| | | | |
|---|---|---|---|
| Total Receipts: | $16,169.00 | Plan Balance: | $111,433.00 ** |
| Paid to Claims: | $13,177.39 | Current Monthly Payment: | $2,137.00 |
| Paid to Trustee: | $984.02 | Arrearages: | $2,446.00 |
| Funds on Hand: | $2,007.59 | Total Plan Base: | $127,602.00 |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
**Visit www.TFSBillPay.com for more information.**

**View your case information online for *FREE*!  Register today at www.ndc.org or scan this code to get started.**



**This is an approximate balance.  Additional allowed claims and other variables may affect the amount to complete the plan.